

FILED
OCT 29 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria _____ DIVISION

Virginia E-Commerce Solutions, LLC
_____

vs.                                                                     Civil/Criminal Action No. 1:10CV1229

eBay, Inc., et al.
_____

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Virginia E-Commerce Solutions, LLC
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

10/27/10
Date

Signature of Attorney or Litigant
Counsel for  Virginia E-Commerce Solutions, LLC

Rev. 7/14/04