US00RE40753E

# (19) United States
## (12) Reissued Patent
### Wang et al.

(10) Patent Number: **US RE40,753 E**
(45) Date of Reissued Patent: **Jun. 16, 2009**

(54) **METHOD AND SYSTEM FOR CONDUCTING BUSINESS IN A TRANSNATIONAL E-COMMERCE NETWORK**

(76) Inventors: **Tiejun (Ronald) Wang**, 1600 S. Joyce St., Apt. 1406, Arlington, VA (US) 22202; **Ximing Wang**, 1600 S. Joyce St., Apt. 1406, Arlington, VA (US) 22202; **Tiehong Wang**, 1600 S. Joyce St., Apt. 1406, Arlington, VA (US) 22202

(21) Appl. No.: **11/214,311**

(22) Filed: **Aug. 30, 2005**

**Related U.S. Patent Documents**
Reissue of:
(64) Patent No.: **6,618,705**
    Issued: **Sep. 9, 2003**
    Appl. No.: **09/552,681**
    Filed: **Apr. 19, 2000**

(51) Int. Cl.
    *G06F 17/60*    (2006.01)

(52) U.S. Cl. .............. **705/26**; 705/27; 705/41; 705/44; 705/53; 705/80

(58) Field of Classification Search ............ 705/26, 705/27, 41, 44, 53, 80
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,329,589 A    7/1994   Fraser

(Continued)

FOREIGN PATENT DOCUMENTS

| WO | 99/07121 | * | 2/1999 |
| WO | WO 0152127 | * | 7/2001 |

OTHER PUBLICATIONS

Microsoft Press Computer Dictionary, third edition, p. 154, 1997.*
Wilder, Clinton, "Suite for E–commerce", Informationweek, n699, pp. 75–76, Sep. 7, 1998.*
Lei Tang, "A Set of Protocols for Micropayments in Distributed System" Graduate School of Industrial Administration (1995).*
Jackie Cohen, "Merchant Server Market Heats Up" Bank Technology News, v10n2 p1+, Feb. (1997), Dialog Flie 9, 01754948.*
Chong Ka Lung, "Internet Payment Methods:Mechanism, Application, and Experimentation" Department of Computer Science and Engineering, Dec. 1999.*

*Primary Examiner*—Michael Cuff
(74) *Attorney, Agent, or Firm*—Sughrue Mion, PLLC

(57) **ABSTRACT**

The invention presents a method and system for processing the purchase of products, goods and/or services, more particularly, to a method and system for processing the purchase by a buyer of products from one or more sellers of products in an on-line real-time e-Commerce business environment where the merchant server from which the goods are purchased lacks adequate encryption security for the purchasing of the goods by credit card. The method and system also allows for the easy up-dating registration by a merchant of the items available for purchase as maintained on the Web, DB server. The invention also discloses a method and system for avoiding the hindrance of foreign exchange rates fluctuations on the payment of on-line real-time e-Commerce trading. The system provides for a splitting of a merchant server into a Web, DB server and a payment server, the payment server being located in a nation state to which a purchaser may securely transmit encrypted credit card information in order to purchase product available on websites maintained on the Web, DB server.

**89 Claims, 5 Drawing Sheets**





EXHIBIT A

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| 5,557,518 A | | 9/1996 | Rosen | |
| 5,590,197 A | | 12/1996 | Chen | |
| 5,621,797 A | | 4/1997 | Rosen | |
| 5,642,419 A | | 6/1997 | Rosen | |
| 5,671,279 A | * | 9/1997 | Elgamal | 380/23 |
| 5,671,280 A | | 9/1997 | Rosen | |
| 5,727,163 A | | 3/1998 | Bezos | |
| 5,729,594 A | * | 3/1998 | Klingman | 705/26 |
| 5,757,917 A | | 5/1998 | Rose | |
| 5,822,737 A | * | 10/1998 | Ogram | 705/26 |
| 5,826,241 A | | 10/1998 | Stein | |
| 5,899,980 A | * | 5/1999 | Wilf et al. | 705/26 |
| 5,903,878 A | * | 5/1999 | Talati et al. | 705/26 |
| 5,926,798 A | | 7/1999 | Carter | |
| 5,950,172 A | * | 9/1999 | Klingman | 705/26 |
| 5,960,411 A | | 9/1999 | Hartman | |
| 5,991,750 A | * | 11/1999 | Watson | 705/26 |
| 6,021,187 A | * | 2/2000 | Tombetti | 379/110.01 |
| 6,023,686 A | | 2/2000 | Brown | |
| 6,029,150 A | | 2/2000 | Kravitz | |
| 6,105,008 A | * | 8/2000 | Davis et al. | 705/41 |
| 6,185,619 B1 | * | 2/2001 | Joffe et al. | 709/229 |
| 6,282,522 B1 | * | 8/2001 | Davis et al. | 705/41 |
| 6,327,578 B1 | * | 12/2001 | Linehan | 705/26 |
| 6,332,134 B1 | * | 12/2001 | Foster | 705/39 |
| 6,405,176 B1 | | 6/2002 | Toohey | |
| 6,452,924 B1 | * | 9/2002 | Golden et al. | 370/352 |
| 6,490,567 B1 | | 12/2002 | Gregory | |
| 6,598,028 B1 | * | 7/2003 | Sullivan et al. | 705/36 R |
| 6,601,037 B1 | | 7/2003 | Kolls | |
| 6,604,086 B1 | | 8/2003 | Kolls | |
| 6,856,975 B1 | | 2/2005 | Inglis | |
| 6,941,270 B1 | * | 9/2005 | Hannula | 705/1 |
| 6,959,873 B2 | | 11/2005 | Kayanakis | |
| 6,985,888 B1 | | 1/2006 | Cordery | |
| 6,993,320 B1 | | 1/2006 | Brune | |
| 7,051,001 B1 | * | 5/2006 | Slater | 705/39 |
| 7,080,070 B1 | * | 7/2006 | Gavarini | 707/5 |
| 2001/0039535 A1 | * | 11/2001 | Tsiounis et al. | 705/71 |

* cited by examiner



FIG. 1



FIG. 2 (AMENDED)



FIG. 3



FIG.4A (AMENDED)



FIG.4B

1

# METHOD AND SYSTEM FOR CONDUCTING BUSINESS IN A TRANSNATIONAL E-COMMERCE NETWORK

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

## FIELD OF THE INVENTION

The present invention relates generally to a method and a system of processing the purchase of products, goods and/or services, more particularly, to a method and system for processing the purchase by a buyer of products from one or more sellers of products internationally in an e-Commerce business environment.

## BACKGROUND OF THE INVENTION

As the modern world has learned, when the barriers to trade have been reduced or eliminate, whether they be borders or custom, the purchase and sale of products and services has increased globally. Efficiency in production and the allocation of resources to lower cost producers in many former third world countries has led to an expansion and globalization of trade and markets. This has resulted in increased trade for countries such as the People's Republic of China that has become the dominant exporter of products to the United States of America. The introduction and advancement of information technology, particularly so-called "on-line" interactions between computer users has further promoted an expansion from local markets to national market, regional markets and international markets.

In the past several years there has been an explosive growth in the use of globally-linked network of computers known as the Internet, and in particular of the World Wide Web (WWW), which is a facility provided on top of the Internet. The WWW, the universe of Internet-accessible information, comprises many pages or files of information, distributed across many different server computer systems. The availability of this interconnectivity across distances has opened markets previously deemed too remote for effective trading. Further, access to the WWW has empowered real-time access to buyers seeking seller of products and sellers seeking buyers for products which was beyond imagination a mere generation ago. Such empowerment has resulted in the rapid development of commerce on the Internet, with direct marketing and sales occurring on-line.

In the United States of America, a buyer may browse the Internet to determine available products and then purchase those products. In this era of credit card fraud and theft, in the otherwise non-secure transmission environment of the Internet, a buyer can purchase the products on-line through an encrypted credit card transaction, the transfer of credit card information being made under a security protocol, for instance, a Security Socket Layer Protocol (SSL), very commonly a 128 bit protocol, that provides a high degree of security. Such encryption is provided to a browsing potential buyer by means of the merchant server having obtained a digital certificate from a qualified Certificate of Authority (CA). The encryption security provides encryption of credit card information for the buyer at the buyer's terminal before it is transmitted over the Internet to the merchant server that then subjects the information to processing through the established channels maintained by financial institutions for completing the credit transaction between the merchant server's bank (acquiring bank) and the bank represented by

2

the buyer's credit card (buyer bank). Further, confirmation or response of information to the buyer can likewise be forwarded to the buyer from the merchant server by similarly secure encryption techniques. Within most advanced e-Commerce nations where credit cards are used to purchase products over the Internet, the merchant servers function with adequately secure encryption and decryption techniques for the exchange of credit card information.

However, circumstances exist that a buyer in one nation state will not execute a purchase of products from a merchant server located either in the same nation state or in a second nation state because adequately secure encryption and decryption techniques for the exchange of credit card information among the buyer, merchant server, acquiring bank and buyer's bank cannot be achieved. The buyer will very likely not purchase products from a merchant server, without available adequate or compatible encryption and decryption techniques to aid in the transmission of credit card information. (It is noted that a policy of a nation state, for instance, the United States of America with respect to restrictions in the export of encryption technology systems, or, for instance, another nation state with respect to barriers to the importation and/or the lack of adequate encryption technology systems or compatible encryption technology systems arising from high infrastructure capital investment concerns or regulations, pose an obstacle to safe e-Commerce credit card information online transactions.) In addition to the hindrance posed by the credit card security issue for the realization of transnational e-Commerce, the existence of foreign exchange rate fluctuations presents a major obstacle to achieving the smooth functioning of e-Commerce across borders.

## SUMMARY OF THE INVENTION

A method and system are disclosed which permits a buyer requiring adequately secure encryption and decryption techniques for purchasing products from a merchant server that does not provide such techniques.

An object of the invention is to provide a method and system which overcomes the lack of adequately secure encryption and decryption in a merchant server to which a buyer wishes to provide credit card information for the purchase of products posted on such merchant server.

Another object of the invention is to promote the availability of product to buyers through expanding the method and system by which the buyers' credit card information can be subjected to adequately secure encryption and decryption in the Internet environment.

A further object of the invention is to promote an on-line purchase from a merchant that would not otherwise achieve sales due to incompatible credit card information encryption systems between the acquiring bank and the buyer's bank.

An additional object of the invention is enhanced inventory control and production for merchants and merchant manufacturers through the provision of a real-time purchasing/sales environment via the mechanism of a readily refreshed cache on a web server.

A further additional object of the invention is to provide a method of transacting real-time sales internationally that promotes certainty of business costs through the limiting of the impact of currency fluctuations.

Additionally, an object of the invention is the enabling of a bidding system for products in a merchant server, the purchaser submitting needs requirements in solicitation of bids from merchants providing products.

Another object of the invention, by locating the Web, DB server close to the buyers with a high-speed local network, is

3

to resolve the problem of bandwidth bottleneck occurring in cross-border internet transmission, particularly high-speed transmission for multimedia files that may not pass current international WWW network connections quickly and smoothly.

A more complete understanding of the present invention, as well as further features and advantages of the present invention, will be obtained by reference to the following drawings and detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic illustrating the conventional Internet transaction system where the merchant server provides adequately secure encryption, for example 128 bit SSL or SET, for the transmission of credit card information over the internet.

FIG. 2 is a schematic illustrating the inventive system in which the merchant server does not provide adequately secure encryption for the transmission of credit card information over the Internet, wherein the payment server is located in the United States;

FIG. 3 is a schematic illustrating the inventive method in which the merchant server does not provide adequately secure encryption for the transmission of credit card information over the Internet, wherein the payment server is located in the United States;

FIG. 4A is a flowchart describing the first portion of the method illustrated in FIG. 3;

FIG. 4B is a flowchart describing the second portion of the method illustrated in FIG. 3.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 shows a conventional Internet transaction system having adequate credit card information security, in this case 128 bit SSL or SET protocol security under a Certificate of Authority, where one or more buyers 20 may browse the product website(s) of merchant server 22. When a product displayed on a particular merchant website on the merchant server 22 is determined by a buyer to be purchased, the credit card information is entered onto the secure transaction system. The merchant server 22 then transmits the encrypted information to the acquiring bank 24 that decrypts the information, as necessary, and forwards the information through established financial circuits to the buyer's bank 26 that processes the information for debiting against the credit card account of the buyer 20 and for crediting payment to the merchant. The buyer's bank 26 then replies via established financial transmission circuits to the acquiring bank 24. The acquiring bank 24 then replies through the secure transaction encryption system to the buyer 20 with confirmation or rejection based upon the credit card information provided and authenticated by the buyer's bank 26. If the purchase is confirmed, the acquiring bank 24 will provide purchase confirmation information to the buyer 20 through payment server 33. The net result is the real-time purchase of a product using the Internet.

FIG. 2 shows the inventive system for the conducting of an Internet transaction wherein at least one merchant 30 maintains a website of products available for sale on the Web, DB (Database) server 32. In this case, server 32, in contradistinction to the merchant server 22 in FIG. 1, does not have a credit card information transaction security system sufficiently adequate to meet the security requirements of a buyer for making a purchase. The elements of the system are the Web, DB server 32, which is located in either the same nation state of the buyer or in another nation state; a payment server 33 separate from the WEB, DB server 32, the payment server 33 having a credit card information security system sufficient to meet a buyer's security requirements for making a purchase, and being located in either the same nation state as the buyer or in another nation state; an acquiring bank 34; and a buyer's bank. When a product displayed on a particular merchant website on the server 32 is determined by the buyer to be purchased and the buyer indicates a desire to submit credit card information, the buyer is shifted to the payment server 33 for direct communication therewith for entry of credit card information onto the secure transaction system. The payment server 33 then transmits the encrypted information to the acquiring bank 34 that decrypts the information, as necessary, and forwards the information through established financial circuitry to the buyer's bank 36 that processes the information for debiting against the credit card account of the buyer 20. The buyer's bank 36 then replies via established financial transmission circuitry to the acquiring bank 34. The acquiring bank 34 then replies through the secure transaction system to the payment server 33 with confirmation or rejection based upon the credit card information provided and authenticated by the buyer's bank 36. If the purchase is confirmed, the payment server 33 will provide purchase information to the buyer 20. Further, if the purchase is confirmed to the buyer 20, the payment server 33 communicates the purchase to the WEB, DB server 32 whereby the merchant 30 whose product is sold is provided with notice of the purchase thereby enabling refreshment of product inventory and updating of its website on the Web, DB server 32. The net result is the real-time purchase of a product using the Internet.

Additionally, in the inventive system, the server 32 is provided with the facility whereby each of merchants may provide products available for purchase into a database on the server which functions similar to a cache in a computer. A merchant may refresh or update the stored data, as needs required, at any time, thereby permitting the server to maintain the latest information regarding available product. Thus, a merchant in response to notification of purchase by the server 32, may take immediate steps to update information in relation to inventory and anticipated production.

Also, in the inventive system, given that the merchants have product information stored on the server, a facility is provided to permit a perspective purchaser to submit a needs requirement to the server 32 and makes the requirement accessible to all merchants having responsive products on the server thereby permitting real-time response to the requirement rather than to delayed submission of bids arising product information being stored outside of the server.

The systems in FIG. 1 and FIG. 2 are illustrated with secure credit card information transmission systems of the 128 bit SSL or SET. The illustration of these systems is not a limitation but is an indication of available bit level and security protocol. Other bit level and protocol systems are usable so long as they provide adequate security for the encryption of credit card information transmitted over the Internet. Further, the payment server 33 may provide the buyer with the option of a variety of secure encryption systems. Further, in FIG. 2, the indicia of China, USA & Europe with respect to the Web, DB server 32, and the indicia of "in USA" with respect to the payment server 33, are illustrative and in no way limiting as to the location of either servers.

FIG. 3 illustrates the inventive method by which the system of FIG. 2 is operated in conducting business in an e-Commerce network. The steps of the process are indicated by encircled numbers 1 through 10, which for ease of description are addressed simply as steps 1 through 10.

5

Step 1

Merchants **30** provide Web, DB Server **32** with a listing of products available for sale.

Step 2

One of buyers **20** browses websites of Web, DB Server **32** for products available for sale, selects product(s) for purchase and indicates payment by credit card.

Step 3

The buyer **20** is switched from Web, DB Server **32** to payment server **33** for secure encryption transmission of credit card payment information.

Step 4

Buyer **20** transmits credit card payment information under a secure encryption protocol.

Step 5

Payment server **33** transmits encrypted credit card payment information to acquiring bank **34**.

Step 6

Acquiring bank **34** processes encrypted credit card payment information and transmits information to buyer's bank **36** which confirms or rejects credit card payment and responds to acquiring bank **34**, and if confirms, internally debits buyer's account and credit's merchant's account.

Step 7

Acquiring bank **34** transmits encrypted response from buyer's bank **36** to payment server **33**.

Step 8

Payment server **33** provides encrypted response transmitted by acquiring bank **34** to buyer **20**.

Step 9

If purchase is confirmed to buyer **22**, payment server **33** communicates the purchase information to the Web, DB server **32**.

Step 10

Web, DB server **32** provides purchase confirmation information to selling merchant **30**.

Through the above-described method a merchant maintaining a website of products for sale on a server which itself cannot provide an adequately secure encryption system for the transmission of credit card information to sell to a buyer who would otherwise not purchase products on the Internet.

FIGS. 4A and 4B provide flow charts of the above-described method, the information provided in the flow charts being incorporated herein by reference.

It is to be understood that the embodiments and variations shown and described herein are merely illustrative of the principles of this invention and that various modifications may be implemented by those skilled in the art without departing from the scope and spirit of the invention.

What we claim is:

1. A method for conducting on-line purchasing in an e-Commerce transnational business environment, purchasing being conducted over a computer network comprising a payment server having a credit card information transaction security system, a Web, DB server having a credit card information transaction security system less secure than the credit card information transaction security system of the payment server, at least one first remote computer, at least one second remote computer, at least one first communication channel connecting the at least one first remote computer to the payment server and to the Web, DB server, at least one second communication channel connecting the at least one second remote computer to the Web, DB server, and at least one

6

third communication channel connecting the Web, DB server to the payment server, the method comprising the steps of:

a) positioning the Web, DB server in one of a first nation state and a second nation state;

b) positioning the payment server in the first nation state;

c) using the at least one first remote computer to identify an item to be purchased from at least one item registered for purchase on the Web, DB server;

d) communicating a purchase request for the item identified to be purchased by a buyer from the at least one first remote computer to the Web, DB server;

e) switching of communication from the buyer with the Web, DB server to the payment server;

f) providing credit card payment information by the buyer for the item to be purchased from the at least one first remote computer to the payment server;

g) transferring credit card payment confirmation information from the payment server to the Web, DB server; and

h) up-dating the Web, DB server with respect to the purchase of the item identified by the buyer.

2. The method of claim 1, wherein the second nation state has no available credit card information transaction security sufficient to meet the security requirements of the buyer.

3. The method of claim 2, wherein the first nation states is the United States of America.

4. The method of claim 2, wherein the second nation states is the People's Republic of China.

5. The method of claim 1, further comprising the steps of:

i) transferring the credit card payment information for the item to be purchased from the payment server to a buyer's bank via an acquiring bank;

j) processing of the credit card payment information by the buyer's bank for a validation decision result; and

k) communicating the result to the payment server via the acquiring bank.

6. The method of claim 5, further comprising the step of:

l) communicating confirming purchase information by the payment server to the buyer.

7. The method of claim 6, further comprising the step of:

m) communicating confirming purchase information to the Web, DB server.

8. The method of claim 7, further comprising the step of:

n) up-dating of the Web, DB server of the at least one item registered for purchase using the at least one second remote computer.

9. The method of claim 5, further comprising the step of:

i) exchanging buyer purchase information between the Web, DB server and the at least one second remote computer with respect to the purchase of the item identified by the buyer to include buyer's identity information and quantity purchased in order for merchant to provide and service the at least one item registered for purchase.

10. The method of claim 1, further comprising the step of:

i) up-dating of the Web, DB server of the at least one item registered for purchase using the at least one second remote computer.

11. The method of claim 1, further comprising the step of:

i) exchanging buyer purchase information between the Web, DB server and the at least one first remote computer with respect to the purchase of the item identified by the buyer to include buyer's identity information and

quantity purchased in order for merchant to provide and service the at least one item registered for purchase.

12. A system for conducting on-line buying by a buyer in an e-Commerce transnational business environment comprising:
- a payment server having a credit card information transaction security system,
- a Web, DB server having a credit card information transaction security system less secure than the credit card information transaction security system of the payment server,
- at least one first remote computer,
- at least one second remote computer,
- at least one first communication channel connecting the at least one first remote computer to the payment server and to the Web, DB server,
- at least one second communication channel connecting the at least one second remote computer to the Web, DB server, and
- at least one third communication channel connecting the Web, DB server to the payment server, wherein the Web, DB server is positioned in one of a first nation state and a second nation state and the payment server is positioned in the first nation state.

13. The system of claim 12, wherein the first nation state is the United States of America.

14. The system of claim 12, wherein the Web, DB server is positioned in the second nation state.

15. The system of claim 12, wherein the Web, DB server is positioned in the first nation state.

16. The system of claim 12, further comprising a buyer's bank and an acquiring bank.

*17. A method for conducting online purchasing, in an e-Commerce business environment, the purchasing being conducted online over a computer network comprising a payment server, having a payment information transaction security system, and a Web, DB server separate from the payment server, the method comprising:*
- *positioning the Web, DB server in one of a first nation state and a second nation state;*
- *positioning the payment server in the first nation state;*
- *supporting a plurality of merchants on the Web, DB server including providing a website listing items of the plurality of merchants, the Web, DB server being adapted so that the merchants can update information, stored on the Web, DB server, relating to their respective items, and so that the Web, DB server maintains current information regarding the items;*
- *receiving a purchase request at the Web, DB server from a buyer for one or more of the items listed on the Web, DB server;*
- *when the Web, DB server receives the purchase request, switching communication of the buyer from the Web, DB server to the payment server;*
- *after the communication is switched, the payment server receiving credit card payment information from the buyer to pay for the item to be purchased;*
- *the payment server sending, to an established financial circuitry, the credit card payment information;*
- *the payment server receiving, from the established financial circuitry, a credit card payment processing decision;*
- *the payment server transferring the credit card payment confirmation information to the Web, DB server;*
- *wherein the payment server has a respective internet address different from a respective internet address of the Web, DB server;*
- *wherein, after the payment server transfers the payment confirmation information to the Web, DB server, the Web, DB server is updated with respect to the purchase of the item identified by the buyer;*
- *wherein the Web, DB server provides a real-time purchasing/sales environment;*
- *wherein the transmission of information regarding products for sale between the Web, DB server and the buyer, before receiving the purchase request from the buyer, is less secure than the transmission of the information regarding credit card payment, wherein the transmission of the information regarding credit card payment is performed under a security protocol providing for encryption of the credit card payment information.*

*18. The method for conducting online purchasing, as set forth in claim 17, wherein the payment server operates payment information transmission with a secure encryption protocol.*

*19. The online method supporting online purchasing over the internet, as set forth in claim 18, wherein the secure encryption protocol is 128 bit SSL.*

*20. The method for conducting online purchasing, as set forth in claim 18, wherein the Web, DB server does not operate payment information transmission with a secure encryption protocol.*

*21. The method for conducting online purchasing, as set forth in claim 17, wherein the payment confirmation information from the payment server is provided to the respective merchant.*

*22. The method for conducting online purchasing, as set forth in claim 17, wherein the payment confirmation information from the payment server is provided to the buyer.*

*23. The method for conducting online purchasing, as set forth in claim 17, wherein the Web, DB server utilizes a high-speed local network to resolve the problem of bandwidth bottleneck in internet transmission.*

*24. The method for conducting online purchasing, as set forth in claim 17, wherein the Web, DB server provides an online bidding system.*

*25. The method for conducting online purchasing, as set forth in claim 24, wherein the bidding system is enabled for the buyers to submit needs requirements in solicitation of bids from merchants providing products.*

*26. The method for conducting online purchasing, as set forth in claim 25, wherein the bidding system enables the merchants to access the needs requirements real-time and respond real-time to the buyer.*

*27. The method as set forth in claim 17, wherein the first nation state is the United States of America.*

*28. The method as set forth in claim 27, wherein the second nation state is the People's Republic of China.*

*29. The method as set forth in claim 17, wherein the second nation state is the United States of America.*

*30. A system, for conducting online buying in an e-Commerce business environment, comprising:*
- *a payment server having a payment information transaction security system;*
- *a Web, DB server distant from the payment server, supporting a plurality of merchants, including providing a website listing items of the plurality of merchants, the Web, DB server being adapted so that the merchants can refresh information, stored on the Web, DB server, relating to their respective items, and so that the Web, DB server maintains current information regarding the items; and*

9

a first communication channel, initially between an online buyer and the Web, DB server for the buyer to identify one or more the items for purchase, and subsequently between the buyer and the payment server for the buyer to enter payment information into a secure connection with the payment server, the communication with the buyer being switched from the Web, DB server to the payment server when the Web, DB server receives an indication from the buyer to buy one or more of the items;

wherein:

the Web, DB server is in one of a first nation state and a second nation state;

the payment server is in the first nation state;

the website of payment server has a respective website address different from a respective website address of the website of the Web, DB server;

the payment server receives credit card payment information for the buyer to pay for the one or more items;

the payment server sends, to an established financial circuitry, the credit card payment information;

the payment server receives, from the established financial circuitry, a credit card payment processing decision;

payment confirmation is transferred from the payment server to the Web, DB server and the Web, DB server is updated with respect to the purchase of the one or more items;

the Web, DB server facilitates a real-time purchasing/sales environment;

the transmission of information between the Web, DB server and the buyer, before receiving a purchase request from the buyer, is less secure than the transmission of the credit card payment information between the payment server and the buyer; and

the transmission of the information regarding credit card payment is performed under a security protocol providing for encryption of the credit card payment information.

31. The system, for conducting online buying, as set forth in claim 30, wherein the payment server communicates payment confirmation information to the respective one of the plurality of merchants.

32. The system, for conducting online buying, as set forth in claim 30, wherein the payment server communicates payment confirmation information to the buyer.

33. The system for conducting online buying, as set forth in claim 30, wherein the Web, DB server utilizes a high-speed local network.

34. The system for conducting online buying, as set forth in claim 30, wherein the Web, DB server is positioned to provide high speed transmission of multimedia files.

35. The system for conducting online buying, as set forth in claim 30, wherein the Web, DB server provides an online bidding system.

36. The system for conducting online buying, as set forth in claim 35, wherein the bidding system is enabled for buyers to submit needs requirements in solicitation of bids from the plurality of merchants providing products.

37. The system, for conducting online buying, as set forth in claim 36, wherein the bidding system enables the merchants to access the needs requirements real-time and respond real-time to the buyer.

38. The system, for conducting online buying, as set forth in claim 30, wherein the payment server operates payment information transmission with a security encryption protocol.

10

39. The system, for conducting online buying, as set forth in claim 38, wherein the secure encryption protocol is 128 bit SSL.

40. The system as set forth in claim 30, wherein the first nation state is the United States of America.

41. The system as set forth in claim 40, wherein the second nation state is the People's Republic of China.

42. The system as set forth in claim 30, wherein the second nation state is the United States of America.

43. An online system, supporting online buying over the internet, having a server supporting a plurality of merchants including providing a website listing products of the plurality of merchants, and a payment server separate from the server supporting the plurality of merchants, the online system comprising:

means for shifting the online communication with the buyer from the website of the server supporting the plurality of merchants to the website of the payment server when an indication to buy one or more of the products is received online, at the website of the server, from a buyer;

means for facilitating a real-time purchasing/sales environment for a plurality of merchants by the server supporting the plurality of merchants including facilitating the plurality of merchants to refresh information stored on the server supporting the plurality of merchants;

means for receiving credit card payment information from the buyer to pay for the item to be purchased after the online communication is shifted;

means for sending, to an established financial channel, the credit card payment information;

means for receiving, from the established financial channel, a credit card payment processing decision;

means for transferring the credit card payment confirmation information from the payment server to the server supporting the plurality of merchants; and

wherein:

the server supporting the plurality of merchants is in one of a first nation state and a second nation state;

the payment server is in the first nation state;

the payment server has a respective website address different from a respective website address of the website of the server supporting the plurality of merchants;

after transferring of the payment confirmation information from the payment server, the server supporting the plurality of merchants is updated with respect to the purchase of the one or more products;

the transmission of information about products for sale between the server supporting the plurality of merchants and the buyer, before receiving the indication to buy, is less secure than the transmission of information about the credit card payment; and

the transmission of the information regarding credit card payment is performed under a security protocol providing for encryption of the credit card payment information.

44. The online system supporting online buying over the internet, as set forth in claim 43, wherein payment confirmation information is sent to the respective ones of the plurality of merchants.

45. The online system supporting online buying over the internet, as set forth in claim 43, wherein the server supporting the plurality of merchants utilizes a high-speed local network.

46. The online system supporting online buying over the internet, as set forth in claim 43, wherein the server support-

ing the plurality of merchants is positioned to provide high speed transmission of multimedia files.

47. The online system supporting online buying over the internet, as set forth in claim 43, wherein the server supporting the plurality of merchants provides a bidding system.

48. The online system supporting online buying over the internet, as set forth in claim 47, wherein the bidding system is enabled for buyers to submit needs requirements in solicitation of bids from merchants providing the products.

49. The online system supporting online buying over the internet, as set forth in claim 48, wherein the bidding system enables the merchants to access the needs requirements real-time and respond real-time to the needs requirements.

50. The online system supporting online buying over the internet, as set forth in claim 43, wherein the payment server is adapted to accept the buyer payment information with a security encryption protocol.

51. The online system supporting online buying over the internet, as set forth in claim 50, wherein the security encryption protocol is 128 bit SSL.

52. The system as set forth in claim 43, wherein the first nation state is the United States of America.

53. The system as set forth in claim 52, wherein the second nation state is the People's Republic of China.

54. The system as set forth in claim 43, wherein the second nation state is the United States of America.

55. An online method supporting online buying over the internet, comprising:
    providing a server supporting a plurality of merchants and a corresponding website, and providing a payment server distant from the server supporting the plurality of merchants, wherein:
        the server supporting the plurality of merchants is in one of a first nation state and a second nation state;
        the payment server is in the first nation state;
        the website lists, online, products of the plurality of merchants for sale;
    when the website of the server supporting a plurality of merchants receives an indication from a buyer to buy one or more of the products, the online communication with the buyer shifts from the website of the server supporting a plurality of merchants to the website of the payment server;
    after the online communication is shifted, the website of the payment server accepts, online, buyer credit card payment information;
    the payment server sends, to an established financial circuitry, the credit card payment information;
    the payment server receives, from the established financial circuitry, a credit card payment processing decision;
    the website of the payment server has a respective URL (Uniform Resource Locator) different from a respective URL of the website of the server supporting a plurality of merchants;
    payment confirmation information is transferred from the payment server to the server supporting the plurality of merchants, and the server supporting the plurality of merchants is updated with respect to the purchase;
    the server supporting the plurality of merchants provides a real-time purchasing/sales environment;
    the transmission of information between the server supporting the plurality of merchants and the buyer, before receiving the indication to buy, is less secure than the transmission of information about the credit card payment; and

the transmission of the information regarding credit card payment information is performed under a security protocol providing for encryption of the credit card payment information.

56. The online method supporting online buying over the internet, as set forth in claim 55, wherein the payment confirmation information is sent to the buyer.

57. The online method supporting online buying over the internet, as set forth in claim 55, wherein payment confirmation information is sent to the respective ones of the plurality of merchants.

58. The online method supporting online buying over the internet, as set forth in claim 55, wherein the server supporting the plurality of merchants provides a bidding system.

59. The online method supporting online buying over the internet, as set forth in claim 58, wherein the bidding system is enabled for the buyers to submit needs requirements in solicitation of bids from the plurality of merchants providing the products.

60. The online method supporting online buying over the internet, as set forth in claim 59, wherein the bidding system enables the plurality of merchants to access the needs requirements real-time and respond real-time to the needs requirements.

61. The online method supporting online buying over the internet, as set forth in claim 55, wherein the payment server is adapted to accept the buyer payment information with a security encryption protocol.

62. The online method supporting online buying over the internet, as set forth in claim 61, wherein the security encryption protocol is 128 bit SSL.

63. The online method supporting online buying over the internet, as set forth in claim 55, wherein the server supporting the plurality of merchants utilizes a high-speed local network to avoid a bandwidth bottleneck in internet transmission.

64. The method as set forth in claim 55, wherein the first nation state is the United States of America.

65. The method as set forth in claim 64, wherein the second nation state is the People's Republic of China.

66. The method as set forth in claim 55, wherein the second nation state is the United States of America.

67. An online method for a payment server to support online buying over the internet, the online method comprising:
    providing a secure connection for payment information transmission;
    receiving credit card payment information from a buyer for payment of one or more items identified by the buyer for purchase from a website supporting a plurality of merchants and listing respective items of the merchants, after the online communication of the buyer has been switched to the website of the payment server from the website supporting the plurality of merchants, the online communication being switched when the server supporting the plurality of merchants receives an indication from the buyer to buy one or more of the items;
    sending, to an established financial channel, the credit card payment information;
    receiving, from the established financial channel, a credit card payment processing decision;
    wherein:
        the server supporting the plurality of merchants is in one of a first nation state and a second nation state;
        the payment server is in the first nation state;

13

a website of the payment server has a respective internet address different from a respective internet address of the website supporting the plurality of merchants;

the payment server sends the credit card payment confirmation information to update the server supporting the plurality of merchants with respect to the purchase of the one or more items identified by the buyer;

the payment server sends the credit card payment confirmation information to support a real-time purchasing/sales environment for the plurality of merchants;

the transmission of information about products for sale between the website supporting the plurality of merchants and the buyer, before receiving an indication to buy, is less secure than the transmission of the information about credit card payment from the buyer to the payment server; and

the transmission of information about credit card payment is performed under a security protocol providing for encryption of the credit card payment information.

68. *The online method for a payment server as set forth in claim 67, wherein the secure connection uses 128 bit SSL.*

69. *The online method for a payment server, as set forth in claim 67, wherein the payment confirmation information is sent to the buyer.*

70. *The online method for a payment server, as set forth in claim 67, wherein the payment confirmation information is sent to respective ones of the plurality of merchants.*

71. *The method as set forth in claim 67, wherein the first nation state is the United States of America.*

72. *The method as set forth in claim 71, wherein the second nation state is the People's Republic of China.*

73. *The method as set forth in claim 67, wherein the second nation state is the United States of America.*

74. *A payment system for supporting online buying over the internet, comprising:*

means for enabling a secure connection with a buyer for payment information transmission;

means for receiving credit card payment information from the buyer for payment of one or more items identified by the buyer for purchase from a website supporting a plurality of merchants and listing respective items of the merchants, after the online communication of the buyer has been shifted to the payment system from the website supporting the plurality of merchants, the online communication being shifted when the server supporting the plurality of merchants receives an indication from the buyer to purchase one or more of the items;

means for sending, to an established financial circuitry, the credit card payment information;

means for receiving, from the established financial circuitry, a credit card payment processing decision;

a website of the payment system having a respective internet address different from a respective internet address of the website supporting the plurality of merchants;

means for outputting the credit card payment confirmation information to update the server supporting the plurality of merchants with respect to the purchase of the one or more items identified by the buyer;

means for outputting the credit card payment confirmation information to facilitate the server supporting the plurality of merchants in providing a real-time purchasing/sales environment

14

wherein:
the server supporting the plurality of merchants is in one of a first nation state and a second nation state;
the payment server is in the first nation state; and
the transmission of information regarding products between the website supporting the plurality of merchants and the buyer, before receiving an indication to buy, is less secure than the transmission of the credit card payment information from the buyer to the website of the payment system.

75. *The payment server as set forth in claim 74, wherein the secure connection uses 128 bit SSL.*

76. *The payment server as set forth in claim 74, wherein the result of the payment processing includes an authentication determination.*

77. *The payment server as set forth in claim 74, wherein the payment confirmation information includes buyer identity information and a quantity purchased.*

78. *The payment server, as set forth in claim 74, wherein the buyer payment information includes buyer identity information and a quantity related to the purchase.*

79. *The payment server, as set forth in claim 74, wherein the payment confirmation information is sent to respective ones of the plurality of merchants.*

80. *The system as set forth in claim 74, wherein the first nation state is the United States of America.*

81. *The system as set forth in claim 80, wherein the second nation state is the People's Republic of China.*

82. *The system as set forth in claim 74, wherein the second nation state is the United States of America.*

83. *A computer readable medium with instructions for enabling a payment server to execute a program supporting online buying over the internet by performing operations comprising:*

enabling a secure connection with the buyer for payment information transmission;

receiving credit card payment information from a buyer for payment of one or more items identified by the buyer for purchase from a website supporting a plurality of merchants and listing respective items of the merchants, after the online communication of the buyer has been shifted to the website of the payment server from the website supporting the plurality of merchants, the online communication being shifted when the server supporting the plurality of merchants receives an indication from the buyer to purchase one or more of the items;

sending, to an established financial circuitry, the credit card payment information;

receiving, from the established financial circuitry, a credit card payment processing decision;

wherein:
the server supporting the plurality of merchants is in one of a first nation state and a second nation state;
the payment server is in the first nation state; and
a website of the payment server has a respective URL (Uniform Resource Locator) different from a respective URL of the website supporting the plurality of merchants;
after the payment server transfers the payment confirmation information, the server supporting the plurality of merchants is updated with respect to the purchase of the one or more items identified by the buyer;
the server supporting the plurality of merchants provides a real-time purchasing/sales environment;

US RE40,753 E

15

the transmission of information between the server supporting the plurality of merchants and the buyer, before receiving an indication to buy, is less secure than the transmission of the credit card payment information from the buyer to the payment server; and

the transmission of the information regarding credit card payment is performed under a security protocol providing for encryption of the credit card payment information.

84. The computer readable medium as set forth in claim 83, wherein the secure connection uses 128 bit SSL.

16

85. The computer readable medium as set forth in claim 83, wherein the payment confirmation information is sent to the buyer.

86. The computer readable medium as set forth in claim 83, wherein the payment confirmation information is sent to respective ones of the plurality of merchants.

87. The medium as set forth in claim 83, wherein the first nation state is the United States of America.

88. The medium as set forth in claim 87, wherein the second nation state is the People's Republic of China.

89. The medium as set forth in claim 83, wherein the second nation state is the United States of America.

* * * * *